# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lange, Roberto A. | District of South Dakota | 09/05/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| active District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Suite 413
225 S. Pierre Street
Pierre, SD 57501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Eastman Lange LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Lange LLC | | None | L | W | | | | | |
| 2. New York Life universal policy from 1992 | | None | K | T | | | | | |
| 3. New York Life universal policy from 1995 | | None | K | T | | | | | |
| 4. First Bank & Trust account | A | Interest | J | T | | | | | |
| 5. Merrill Lynch IRA brokerage account | | | | | | | | | |
| 6. --Alliance NFJ Dividend (ADJPX) | A | Dividend | K | T | Sold (part) | 5/5/11 | J | B | |
| 7. ----(ADJPX continued) | | | | | Sold (part) | 11/28/11 | J | A | |
| 8. --American Century (ACITX) | A | Dividend | | | Sold | 2/3/11 | K | A | |
| 9. --BlackRock Eq Div (MADVX) | A | Dividend | K | T | Buy | 10/5/11 | K | | |
| 10. ----(MADVX continued) | | | | | Sold (part) | 11/28/11 | J | A | |
| 11. --Cohen & Steers (IRFIX) | A | Dividend | J | T | Buy | 2/3/11 | J | | |
| 12. ----(IRFIX continued) | | | | | Buy (add'l) | 5/5/11 | J | | |
| 13. ----(IRFIX continued) | | | | | Sold (part) | 10/5/11 | K | A | |
| 14. --Columbia Value (UMBIX) | A | Int./Div. | | | Buy (add'l) | 2/3/11 | J | | |
| 15. ----(UMBIX continued) | | | | | Buy (add'l) | 5/5/11 | J | | |
| 16. ----(UMBIX continued) | | | | | Sold | 10/5/11 | K | A | |
| 17. --CR Suisse Comm (CRSAX) | A | Dividend | J | T | Buy | 2/3/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----(CRSAX continued) | | | | | Buy (add'l) | 5/5/11 | J | | |
| 19. ----(CRSAX continued) | | | | | Sold (part) | 10/5/11 | J | A | |
| 20. --Delaware Corporate (DGCIX) | A | Int./Div. | | | Sold | 2/3/11 | J | A | |
| 21. --Dreyfus Appreciation (DGZGX) | A | Int./Div. | K | T | Sold (part) | 2/3/11 | K | C | |
| 22. ----(DGZGX continued) | | | | | Sold (part) | 11/28/11 | J | A | |
| 23. --Eagle Small (HSIIX) | | None | J | T | Buy | 2/3/11 | K | | |
| 24. ----(HSIIX continued) | | | | | Sold (part) | 11/28/11 | J | A | |
| 25. --Harbor International (HAINX) | A | Int./Div. | K | T | Sold (part) | 1/11/11 | J | A | |
| 26. ----(HAINX continued) | | | | | Sold (part) | 2/3/11 | J | B | |
| 27. ----(HAINX continued) | | | | | Sold (part) | 10/5/11 | J | A | |
| 28. --Hartford Captial (ITHIX) | | None | | | Sold (part) | 2/3/11 | K | B | |
| 29. ----(ITHIX continued) | | | | | Sold | 5/5/11 | K | C | |
| 30. --IVY Global (IGNIX) | | None | | | Sold | 2/3/11 | J | B | |
| 31. --Lazard Emerging (LZEMX) | A | Dividend | J | T | Sold (part) | 2/3/11 | J | A | |
| 32. ----(LXEMX continued) | | | | | Buy (add'l) | 10/5/11 | J | | |
| 33. --Mainstay Lg Cap (MLAIX) | A | Dividend | K | T | Buy | 2/3/11 | K | | |
| 34. ----(MLAIX continued) | | | | | Buy (add'l) | 5/5/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----(MLAIX continued) | | | | | Buy (add'l) | 10/5/11 | J | | |
| 36. ----(MLAIX continued) | | | | | Sold (part) | 11/28/11 | J | A | |
| 37. --MFS Bond (MRBIX) | | None | K | T | Buy | 2/3/11 | K | | |
| 38. ----(MRBIX continued) | | | | | Sold (part) | 10/5/11 | J | A | |
| 39. ----(MRBIX continued) | | | | | Buy (add'l) | 11/28/11 | J | | |
| 40. --Oppenheimer Gold (OPGSX) | | None | | | Sold (part) | 2/3/11 | J | A | |
| 41. ----(OPGSX continued) | | | | | Sold | 5/5/11 | J | A | |
| 42. --Pennsylvania Mutual (PENNX) | | None | | | Sold | 2/3/11 | K | C | |
| 43. --PIMCO Emerging (PELPX) | B | Dividend | | | Buy (add'l) | 2/3/11 | J | | |
| 44. ----(PELPX continued) | | | | | Buy (add'l) | 2/4/11 | J | | |
| 45. ----(PELPX continued) | | | | | Sold | 10/5/11 | J | A | |
| 46. --Pioneer Strategic (STRYX) | B | Dividend | | | Buy (add'l) | 2/3/11 | J | | |
| 47. ----(STRYX continued) | | | | | Buy (add'l) | 5/5/11 | J | | |
| 48. ----(STRYX continued) | | | | | Sold | 10/5/11 | J | A | |
| 49. --TCW Total Return (TGLMX) | A | Dividend | J | T | Buy (add'l) | 2/3/11 | J | | |
| 50. ----(TGLMX continued) | | | | | Buy (add'l) | 10/5/11 | J | | |
| 51. --Dreyfus Emer Mkt (DDBIX) | A | Dividend | J | T | Buy | 11/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Neuberger High Income (NHILX) | A | Dividend | K | T | Buy | 10/5/11 | K | | |
| 53. --First Eagle Gold (FEGIX) | A | Dividend | J | T | Buy | 10/5/11 | J | | |
| 54. --Oppenheimer Rising Div (OYRDX) | A | Dividend | K | T | Buy | 5/5/11 | K | | |
| 55. ----(ORYDX continued) | | | | | Buy (add'l) | 10/5/11 | J | | |
| 56. --Legg Mason High Inc (LMHIX) | A | Dividend | J | T | Buy | 10/5/11 | J | | |
| 57. Merrill Lynch IRA lower risk acct | | | | | | | | | |
| 58. --Pimco Total Return (PTTAX) (Y) | A | Dividend | K | T | | | | | |
| 59. Merrill Lynch tax free bond acct | | | | | | | | | |
| 60. --BlackRock Muni Enhanced (MEN) | A | Dividend | K | T | Buy | 7/27/11 | K | | |
| 61. --Eaton Vance Natl Muni (EOT) | A | Dividend | K | T | Buy | 7/27/11 | K | | |
| 62. --Invesco Van Kampen Muni (VKI) | A | Dividend | K | T | Buy | 8/26/11 | K | | |
| 63. --Nuveen Prem Inc Muni (NPI) | A | Dividend | K | T | Buy | 7/27/11 | K | | |
| 64. --Nuveen Prem Inc Muni 2 (NPM) | A | Dividend | K | T | Buy | 7/27/11 | K | | |
| 65. --Nuveen Div Adv Muni (NAD) | A | Dividend | K | T | Buy | 7/27/11 | K | | |
| 66. --Nuveen Ins Div Adv Muni (NVG) | A | Dividend | K | T | Buy | 7/27/11 | K | | |
| 67. --Nuveen Ins Prem Inc 2 (NPX) | A | Dividend | | | Buy | 7/27/11 | K | | |
| 68. ----(NPX continued) | | | | | Sold | 8/26/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merrill Lynch account | A | Interest | J | T | Open | 7/27/11 | | | |
| 70. ▒ Pimco 529 Plans ▒ (no control) (Y) | | | | | | | | | |
| 71. -- NextGen College Investing Plan Maine (no control) (Y) | B | Int./Div. | K | T | | | | | |
| 72. --NextGen College Investing Plan Maine (no control) (Y) | B | Int./Div. | K | T | | | | | |
| 73. --NextGen College Investing Plan Maine (no control) (Y) | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line items 5 through 56 of Part VII are part of one Merrill Lynch account that is an Individual Retirement Account ("IRA"). That IRA account was opened in late 2009 and funded at the inception of 2010 with monies from liquidation of Judge Lange's 401(k) account from his previous employment with Davenport Evans Hurwitz & Smith LLP ("DEHS").

Line items 57 and 58 of Part VII are part of a Merrill Lynch IRA account and the funds originated from the 401(k) from Judge Lange's previous employment with DEHS. On November 16, 2010, Judge Lange chose to move certain funds from the IRA covered in lines 5 through 56 into a more conservative fund. When Judge Lange completed the disclosure for 2010 in May of 2011, he mistakenly believed that this transaction had occurred early in calendar year 2011, but the transaction in fact occurred in November of 2010.

Line items 59 through 68 of Part VII are part of a Merrill Lynch tax free bond portfolio that Judge Lange opened on July 25, 2011, with proceeds from the sale in 2011 of his interest in            in Lincoln County, South Dakota.

Line items 70 through 73 of Part VII disclose the 529 college savings plans in existence since 2004 for the benefit                    . Disclosure of the 529 Plans was overlooked in last year's disclosure for Judge Lange.

| Name of Person Reporting | Date of Report |
|---|---|
| Lange, Roberto A. | 09/05/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberto A. Lange**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544